Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SID NAIMAN,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **IntelliCall Corporation AKA Accurate Answering; Medfone24.com; CareLink Communications; Ring Medical Communications Services; Travis Vincent; Bobbi Kocher Spain;** <br><br> Defendant. | Case No. 17-cv-02738-KAW <br><br> **NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Notice of Dismissal - 1

1  NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P.

Respectfully submitted this 12th Day of October, 2017,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

Filed electronically on this 12th Day of October, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

KANDIS A. WESTMORE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

And all Counsel of Record on ECF.

This 12th Day of October, 2017.

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN